In the Matter of the Application of LOUIS J. IMMEDIATO, Individually and as President of the Assistant Foreman Eligibles Association and for the Members Thereof Similarly Situated, Petitioner, Respondent, against PAUL J. KERN, President, and Others, Commissioners, Constituting the Civil Service Commission

of the City of New York, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellants, constituting the civil service commission of the city of New York, and the motion denied, on the ground that the civil service commission acted within its discretion in grading the examination papers in the manner disclosed herein. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ALFONSE CRISCUOLO, Appellant, v. BERMAN FISH CO., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.